IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR261 |
| vs. | ) | |
| CARLOS RODRIGUEZ GONZALEZ, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the Unopposed Motion to Continue Trial [60]. After review of the motion and consultation with counsel for the parties, the undersigned magistrate judge finds good cause for the requested continuance as negotiations for case resolution are being finalized and no further continuances are expected to be necessary. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [60] is granted, as follows:

1. The jury trial now set for December 4, 2023, is continued to **January 8, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 8, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

DATED: December 1, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge