IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CARLOS RODRIGUEZ-GONZALEZ,<br><br>        Defendant. | **8:20CR261**<br><br>**ORDER** |

    This matter is before the Court on the government's Motion for Dismissal (Filing No. 64) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests the Indictment be dismissed without prejudice as to defendant Carlos Rodriguez-Gonzalez.

    The Motion is granted, and the Indictment against Carlos Rodriguez-Gonzalez is dismissed without prejudice.

    IT IS SO ORDERED.

    Dated this 8th day of February 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge